UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-06152-ODW-(RAOx) | Date | November 4, 2020 |
|---|---|---|---|
| Title | Raul Uriarte-Limon v. Northeast Valley Industrial Parks, LLC et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

The Court sets the following schedule for the motion to enforce settlement briefing:

| Event | Date |
|---|---|
| Deadline for Plaintiff to file Motion to Enforce Settlement | November 13, 2020 |
| Deadline for Defendant to file Opposition to Motion to Enforce Settlement | November 20, 2020 |
| Deadline for Plaintiff to Reply in Support of Motion to Enforce Settlement | November 27, 2020 |
| Hearing on Plaintiff's Motion for Class Certification | December 14, 2020 at 1:30 p.m. |

**IT IS SO ORDERED.**

                                                                :     00

Initials of Preparer   SE